THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PIRONE, Appellant.— Judgment of conviction and order of the County Court of Suffolk county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

GEORGE ANDERSON, Respondent, v. MORRIS WIESER and Others, Appellants.— Motion for stay granted upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that the undertaking given be renewed so that it may include the time between the entry of the order on this motion and the determination of the appeal; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JOSEPHINE AVELLINO, Appellant, v. ANDREW AVELLINO, Respondent.— Motion to dispense with printing record on appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CHARLES BERLIN, Respondent, v. SEA BREEZE FOUNDATION, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term a preference is granted) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CHARLES BURR, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARGARET FOSTER BURR, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FRANK P. CLAIR, Respondent, v. HENRY WREGE, Appellant, Respondent. HORACE S. GLASSER, Receiver, Appellant, Respondent.— Motion to add appeal to calendar granted and appeal set down for Friday, October ninth; respondent to have until Tuesday, October thirteenth, in which to file brief. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.